366-15   367-15   368-15   369-15
370-15          **ELECTRONIC RECORD**          371-15

COA # 06-14-00088-CR                OFFENSE: 22.01

Companion cases
STYLE: Samuel Deleon Garza v. The State     COUNTY: Hunt
of Texas

COA DISPOSITION:   Affirmed          TRIAL COURT: 196th District Court

DATE: 3/10/15          Publish: No    TC CASE #:   28,996

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Samuel Deleon Garza v. The State of
Texas                              CCA #: **366-15 THRU 371-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____refused_____                  JUDGE: _____

DATE: _July 29, 2015_              SIGNED: _____      PC: _____

JUDGE: _PC_                        PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____